UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY HERRICK, an individual ) | |
| ) | |
| Plaintiff, ) | Case No. 3:17-cv-01227 |
| ) | Honorable James G. Carr |
| v ) | Magistrate Judge James R. Knepp, II |
| ) | |
| BERKSHIRE HATHAWAY ) | |
| HOMESTATE INSURANCE COMPANY, ) | |
| A Nebraska corporation ) | |
| ) | |
| Defendant. | |

## ORDER FOR DISMISSAL

Upon the filing and reading of the above stipulation signed by counsel and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

**This Order resolves the last pending claim in the above case, and closes the case.**

IT IS SO ORDERED.

Dated: ___8/24/17_____

\_\_\_/s/James G. Carr_____
U.S. DISTRICT COURT JUDGE

2